

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00685-CR

Derwin Jamaal **STRAUGHTER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 1, Bexar County, Texas
Trial Court No. 360666
The Honorable John D. Fleming, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is MODIFIED as follows:

It is ORDERED that any assessment of attorney's fees against Derwin Jamaal Straughter be deleted from the judgment.

As modified, the judgment of the trial court is AFFIRMED.

SIGNED June 4, 2014.

_Karen Angelini_
Karen Angelini, Justice